# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

VIVIANA RAIMONDI and NOSA OKUNBOWA, on behalf of themselves and all others similarly situated,

                    Plaintiff,

     vs.

TTE TECHNOLOGY, INC. d/b/a TCL NORTH AMERICA,

                    Defendant.

Case No. 5:25-CV-10945

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO TEMPORARILY STAY CASE PENDING MEDIATION

**\* AS MODIFIED \***

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO TEMPORARILY STAY CASE PENDING MEDIATION

Having considered the parties' stipulation, and good cause showing, the Court hereby orders the following:

1. This case is stayed until ~~30~~ 10 days after the completion of the June 23, 2026 mediation;

2. The parties shall file a joint report within ~~two~~ one ~~weeks~~ of the mediation advising the Court on the status of settlement discussions.

3. Initial Case Management Conference set for April 30, 2026, is CONTINUED to July 23, 2026.

4. The parties shall file a joint case management conference statement no later than July 10, 2026.

**IT IS SO ORDERED, AS MODIFIED.**

DATED:   April 21, 2026

_____
Hon. Edward J. Davila
United States District Judge

~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO TEMPORARILY STAY CASE PENDING MEDIATION