# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA RAIMONDI and NOSA OKUNBOWA, on behalf of themselves and all others similarly situated, <br><br>                         Plaintiff, <br><br>     vs. <br><br> TTE TECHNOLOGY, INC. d/b/a TCL NORTH AMERICA, <br><br>                       Defendant. | Case No. 5:25-CV-10945 <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TEMPORARY STAY** <br><br> Complaint filed: January 28, 2026 |

1

[PROPOSED] ORDER GRANTING STIPULATION TO TEMPORARILY STAY CASE
PENDING MEDIATION

Having considered the parties' joint report and stipulation, and good cause showing, the Court hereby orders the following:

1. This case is stayed for an additional 30 days to August 3, 2026;

2. The parties shall file a joint report by July 31, 2026 advising the Court on the status of settlement discussions;

3. The Initial Case Management Conference is continued to September 10, 2026; and

4. The parties shall file a joint case management conference statement no later than August 27, 2026,

IT IS SO ORDERED.

DATED: ___July 10, 2026___    _____

Hon. Edward J. Davila
United States District Judge

2

[PROPOSED] ORDER GRANTING STIPULATION TO TEMPORARILY STAY CASE
PENDING MEDIATION